715 A.2d 1124

Dr. Chi–Chien KAO, Dr. Te Hua Liu, Carol C. Snyder and Terry Hummel, Petitioners,

v.

Scott HALDEMAN, Judith Haldeman and Blaze Enterprises, Inc., Respondents.

v.

BOROUGH OF LANGHORNE, Respondents.

Supreme Court of Pennsylvania.

Aug. 26, 1998.

## *ORDER*

PER CURIAM:

**AND NOW,** this 26th day of August, 1998, the Petition for Allowance of Appeal is hereby GRANTED, limited to the issue of whether an easement holder has any right to enjoin a trespasser from using the easement.